**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERNON LENARD HARRIS

    Plaintiff,

vs.

ANTIOCH POLICE DEPARTMENT, CITY OF ANTIOCH, CONTRA COSTA COUNTY, and Officer C. ERNST, # 3274, Antioch Police Department,

    Defendant.

No. C 02-3760 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a prisoner. Plaintiff was confined at the Contra Costa Jail when he filed it. The court ordered him to report his current address and state whether he wished to proceed with this case in an order entered on March 29, 2006. On April 6, 2006, the order was returned as deliverable, with a notation that plaintiff is no longer in custody. He has not provided any other address at which he might be contacted.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. See Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: June 9, 2006.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.02\HARRIS760.DSM